**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1823**

DULCE MINOR,

        Plaintiff - Appellant,

    v.

NATIONSTAR MORTGAGE, LLC; U. S. BANK NATIONAL ASSOCIATION,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:17-cv-00258-JAG)

Submitted:  October 17, 2017             Decided:  October 19, 2017

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dulce Minor, Appellant Pro Se.  Massie Payne Cooper, TROUTMAN SANDERS, LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dulce Minor appeals the district court's order dismissing her complaint as barred by res judicata and denying leave to amend as futile. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Minor v. Nationstar Mortgage, LLC*, No. 3:17-cv-00258-JAG (E.D. Va. June 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
